ior, meningitis, or a subsequent surgery to debride the wound and remove the hardware. Nor does he explain how the infection in her back caused the meningitis. While a claimant is not required to conclusively prove her case through a preliminary expert report, the report may not merely state conclusions about any of the elements. *Palacios,* 46 S.W.3d at 879. Dr. Pacheco's expert report requires us to infer causation, which, under the "four corners" rule, we are not permitted to do. *Id.* at 878.

As Dr. Pacheco's report was deficient as to causation, it cannot represent a good faith effort to comply with the statutory requirements. Consequently, the trial court had no discretion but to dismiss Ms. Castillo's claim with prejudice. *See Palacios,* 46 S.W.3d at 880.

Based on the record before us, we cannot find that the trial court abused its discretion in dismissing Ms. Castillo's claims with prejudice. Accordingly, we overrule Appellant's sole issue and affirm the judgment of the trial court.

McCLURE, J., Not participating.

Eric T. McFerren, Anderson & Smith, PC, Houston, for Appellant.

Gabriella K. Bendslev, Dallas, Elizabeth D. Whitaker, Arlington, TX, for Appellee.

Before Justices WRIGHT, O'NEILL, and FRANCIS.

**OPINION**

PER CURIAM.

Appellant Derrick Murphy filed his notice of appeal on October 19, 2007. By letters dated November 9, 2007, we notified appellant that his notice of appeal was deficient and that he was required to file a docketing statement. The letters further warned appellant that failure to comply would result in dismissal of the appeal. Nevertheless, to date, we have received neither an amended notice of appeal nor a docketing statement, and appellant has not otherwise communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal. *See* TEX.R.APP. P. 42.3(c).

■

**In the Interest of C.M., a Child.**

No. 05–07–01417–CV.

Court of Appeals of Texas, Dallas.

March 18, 2008.

■

**Jim WAYMENT, Appellant**

v.

**TEXAS KENWORTH COMPANY d/b/a MHC Kenworth–Waco, Appellee.**

No. 05–07–00138–CV.

Court of Appeals of Texas, Dallas.

March 24, 2008.